IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TIMOTHY R. BOOKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | JDB |
| v. ) | Case No. 1:01CV01127 (RCL) |
| ) | |
| ) | **FILED** |
| ROBERT HALF INTERNATIONAL, INC. ) | |
| ) | JAN 3 0 2002 |
| Defendant. ) | |
| ) | NANCY MAYER WHITTINGTON, CLERK |
| ) | U.S. DISTRICT COURT |

<u>ORDER</u>

The Motion of the U.S. Equal Employment Opportunity Commission for Leave to Participate as <u>Amicus Curiae</u> is GRANTED.

_January 30, 2002_       _John D. Bates_
Date                                      Signature  U.S. District Judge

Robert J. Gregory
U.S. Equal Employment Opportunity Commission
1801 L Street, N.W.
Washington, D.C. 20507

R. Scott Oswald
Noto & Oswald, PC
1850 M Street, N.W., Suite 920
Washington, D.C. 20036-5832

Anita Barondes
Seyfarth, Shaw, Fairweather & Geraldson
815 Connecticut Avenue, N.W.
Washington, D.C. 20006-4004

(N)                  17